UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN C. HUMPHREY,

    Plaintiff,

        v.

UNITED ASSOCIATION OF PLUMBERS
AND PIPEFITTERS UNION, LOCAL 101, *et al.*,

    Defendants.

Case No. 11-cv-716-JPG-SCW

## MEMORANDUM AND ORDER

    This matter comes before the Court on plaintiff John C. Humphrey's notice of dismissal of the John and Jane Doe defendants (Doc. 41) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment. The John and Jane Doe defendants have not served an answer or motion for summary judgment in this case. Because the plaintiff has an absolute right to dismiss his claims against those defendants at the present time, the Court finds that those claims are **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case. The John and Jane Doe defendants are terminated from this case.

**IT IS SO ORDERED.**
**DATED: October 25, 2012**

                                            s/J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**