UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN G. HUMPHREY,

    Plaintiff,

        v.

UNITED ASSOCIATION OF PLUMBERS AND PIPEFITTERS UNION, LOCAL 101, and JOHN AND JANE DOE I, III and III,

    Defendants.

Case No. 11-cv-716-JPG-SCW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant United Association of Plumbers and Pipefitters Union, Local 101 and against plaintiff John G. Humphrey; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff John G. Humphrey's claims against defendants John and Jane Does I, II and III are dismissed without prejudice.

**DATED: December 13, 2012**        NANCY J. ROSENSTENGEL, Clerk of Court

                                            **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**