UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN G. HUMPHREY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED ASSOCIATION OF PLUMBERS AND PIPEFITTERS UNION, LOCAL 101, and JOHN AND JANE DOE I, III and III,<br><br>    Defendants. | Case No. 11-cv-716-JPG-SCW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant United Association of Plumbers and Pipefitters Union, Local 101 and against plaintiff John G. Humphrey; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff John G. Humphrey's claims against defendants John and Jane Does I, II and III are dismissed without prejudice.

**DATED: December 13, 2012**          **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**   s/J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**